The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAMBRA MIRANDA,

        Plaintiff,

   v.

RADIOSHACK CORPORATION, a Delaware corporation,

        Defendant.

Case No. 3:10-cv-05457 RJB

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED DATES

This matter comes before the court on the parties' joint motion to continue trial and related dates. The Court, having considered the parties' joint motion, it is hereby

ORDERED, ADJUDGED AND DECREED that the parties' motion to continue trial and related dates is granted as follows:

| | |
|---|---|
| **Trial Date** | November 7, 2011 |
| Discovery COMPLETED by | July 10, 2011 |
| All dispositive motions must be FILED BY | August 9, 2011 |
| Settlement conference per CR 39.1 HELD no later than | September 8, 2011 |
| Mediation per 39.1(c)(2) HELD no later than | October 8, 2011 |
| Letter of compliance as to CR 39.1 FILED by | October 15, 2011 |

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL
AND RELATED DATES
(3:10-cv-05457 RJB)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

SEADOCS:431617.1

| | | |
|---|---|---|
| A roster of Local Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253−882−3824. | | |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | October 10, 2011 | |
| Agreed pretrial order LODGED with the Court by | October 21, 2011 | |
| Pretrial conference will be held at 8:30 a.m. on (COUNSEL SHALL REPORT TO COURTROOM A) | October 28, 2011 | |
| Trial briefs, proposed voir dire &jury instructions due * | October 28, 2011 | |

*JURY INSTRUCTIONS See Local Civil Rule CR51.  A Manual of Model Civil Jury Instructions For the Ninth Circuit − Latest Edition should be used as the format for proposed  jury instructions. See www.wawd.uscourts.gov.

DATED this 5th day of April, 2011.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL
AND RELATED DATES - 2
(3:10-cv-05457 RJB)

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

SEADOCS:431617.1